**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106**

October 26, 2020

Andrew Teitelman
380 Red Lion Road, Suite 21
Huntingdon Valley, PA 19006

RE: *Michael Melvin, et al. v. Hon. James F. Kenney, et al.*
Civil Action No. 20-cv-3529-JMY

Dear Counsel:

A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.[1]

Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant(s) must be served with the complaint within ninety days after the complaint is filed. If service is not made by **November 25, 2020**, the action will be dismissed as to the below named Defendant without prejudice for lack of prosecution unless good cause for failure to comply with Rule 4(m) is shown prior to that time.

Sincerely,

/s/ Dedra Brannan
Dedra Brannan
Deputy Clerk to Judge John M. Younge

---

[1] The Court finds that Plaintiffs have not perfected service of original process upon Defendant Emily Baker-White *doing business as* The Plain View Project.