IN TRHE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MELVIN *et al.*

    *Plaintiffs,*

v.

HONORABLE JAMES F. KENNEY, *et al.*

    *Defendants*.

Civil Action No. 2:20-cv-3529

## PLAINTIFFS' MOTION TO SET ASIDE ORDER OF NOVEMBER 25, 2020 AND FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS UNTIL AND INCLUDING DECEMBER 9, 2020

    Plaintiffs and their counsel move this honorable court to set aside the order issued on November 25, 2020 on the grounds that oppositions to Defendants motions to dismiss were not timely filed. *See* Fed. R. Civ. P 41(a)(2).

    Due to the communication difficulties inherent in the worsening Covid-19 pandemic a miscommunication occurred between counsel and staff which resulted in the opposition date not being marked up. Counsel also was engaged in several client emergencies during this period.

    As set forth in Fed. R. Civ. P. 60(b)(1), "on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect."

    WHEREFORE in the interests of justice Plaintiffs and their counsel respectfully request that the order be vacated and that they be according 14 days or until and including December 9, 2020 to respond to the motion to dismiss, in order that this cause can be ruled upon on the merits.

1

Dated: November 25, 2020

Respectfully submitted,

/s/ Andrew Teitelman
**ANDREW TEITELMAN**
380 RED LION ROAD SUITE 214
HUNTINGDON VALLEY, PA 19006
267-255-6864
Email: ateitelman@teitelaw.com

*Counsel for Plaintiffs*

**LARRY KLAYMAN**
7050 W. PALMETTO PARK RD
BOCA RATON, FL, 33433
561-558-5336
Email: leklayman@gmail.com

*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Andrew Teitelman