# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MELVIN, ET AL.,** | |
| *Plaintiffs* | Case No. 20-cv-3529-JMY |
| v. | |
| **HON. JAMES F. KENNEY, ET AL.,** | |
| *Defendants* | |

## ORDER FOR *PRO HAC VICE* ADMISSION

**AND NOW**, this 5th day of January, 2021, it is hereby **ORDERED** that the application of Larry Klayman, Esquire (ECF No. 23) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**. Counsel shall abide by the Rules of Attorney Conduct, including all disciplinary rules as set forth in Local Rule of Civil Procedure 83.6 *et seq*.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**