# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MELVIN, ET AL.**, | : | |
| | : | Case No.   20-cv-3529-JMY |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| **HON. JAMES F. KENNEY, ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

## SCHEDULING ORDER

**AND NOW**, this 19th day of January 2021, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 26), and the representations made by counsel at the Rule 16 conference, it is hereby **ORDERED** that the following case management schedule is enacted:

1. Fact discovery shall continue in good faith.

2. At the parties' request, this matter will be referred to the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, for settlement discussions.  Referral requests shall be submitted to the Court via email to Chambers_Younge@paed.uscourts.gov and copied to all counsel.  Such requests shall be made at the earliest possible stage of the litigation when settlement discussions will be productive.  As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. The following deadlines are so **ORDERED**:

   a. All fact discovery shall be completed by **May 19, 2021**; Plaintiffs shall produce their expert report(s) by **June 2, 2021**; Defendants shall produce their expert report(s) by **June 16, 2021**; All expert discovery including all depositions of expert witnesses, shall be completed by **June 30, 2021**.

   b. All motions for summary judgment and *Daubert* motions shall be filed no later than **July 30, 2021**.  Responses, if any, to such motions shall be filed no later than **August 30, 2021**.

4. A final pretrial conference will be held on **November 30, 2021 at 11 a.m.** in room 4007 at the United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

5. Counsel are referred to Judge Younge's operating procedures for further information: https://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

### BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**