IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Michael Melvin,** *et al* <br><br> **Plaintiffs,** <br> v. <br><br> **Honorable James Francis Kenney,** *et al* <br><br> **Defendants.** | **Civil Action No. 20-3529** |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STAY

Plaintiffs Michael Melvin, Dan Farrelly, Brion Milligan, Mark Palma, Robert Bannan, Steven Hartzell, Jesus Cruz, and Mario Bocelli (collectively "Plaintiffs") by and through counsel, respectfully request a 7-day extension of time, until and including April 28, 2021 to file a response to Defendants' Motion to Stay. ECF No. 31.

The reason for this request is that counsel has a very heavy litigation period right now, and *pro hac vice* counsel Larry Klayman is unavailable this week to family circumstances. This brief extension will not prejudice Defendants or the Court.

Counsel for Plaintiffs have sought consent from opposing counsel for this motion but has not received any response.

Dated: April 21, 2021                                       Respectfully submitted,

                                                            */s/ Andrew Teitelman*
                                                            Andrew Teitelman, Esq.
                                                            380 Red Lion Rd Ste 103
                                                            Huntingdon Valley, PA, 19006
                                                            Bar No: 43545
                                                            Tel: 267-255-6864

                                                            *Counsel for Plaintiffs*

2

Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton FL 33433
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
leklayman@gmail.com

*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Andrew Teitelman