# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MELVIN, ET AL.,** | : | Case No.   20-cv-03529-JMY |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| **HON. JAMES F. KENNEY, ET AL.,** | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 30th day of April, 2021, upon consideration of Plaintiffs' Motion for Extension of Time to File First Amended Complaint (ECF No. 35), it is hereby **ORDERED** that said Motion is **DENIED**.  As previously noted in the Court's April 22, 2021 Order (*see* ECF No. 34), Plaintiffs may file an Amended Complaint consistent with Fed. R. Civ. P. 11, if desired, on or before **May 7, 2021**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**