IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Michael Melvin,** *et al* <br><br> **Plaintiffs,** <br> v. <br><br> **Honorable James Francis Kenney,** *et al* <br><br> **Defendants.** | Civil Action No.  20-3529 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.Civ.P. Rule 41(a)(1)(i)**

Plaintiffs Michael Melvin, Dan Farrelly, Brion Milligan, Mark Palma, Robert Bannan, Steven Hartzell, and Jesus Cruz (collectively "Plaintiffs") by and through counsel, hereby given notice that the above action is dismissed pursuant to F.R.Civ.P. Rule 41(a)(1)(i), without prejudice.

Dated: May 13, 2021                     Respectfully submitted,

*/s/ Andrew Teitelman*
Andrew Teitelman, Esq.
380 Red Lion Rd Ste 103
Huntingdon Valley, PA, 19006
Bar No: 43545
Tel: 267-255-6864

*Counsel for Plaintiffs*

Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton FL 33433
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
leklayman@gmail.com

*Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May, 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system, and on non-represented parties by First Class United States Mail.

*/s/ Andrew Teitelman*